/

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY and RIKER LABORATORIES, INC., | ) | Civil Action No. 00 CV 2022 JRT/FLN |
| Plaintiffs, | ) | |
| vs. | ) | STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND ORDER THEREON |
| BARR LABORATORIES, INC., | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the deadline for defendant Barr Laboratories, Inc., to answer, move or otherwise respond to plaintiffs' Complaint will be extended to September 25, 2000.

Douglas B. Greenswag, No. 150186
LEONARD, STREET AND DEINARD
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

Of counsel:

James F. Hurst
Christine J. Siwik
Christopher Shearer
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

**ATTORNEYS FOR DEFENDANT BARR LABORATORIES, INC.**

September 15, 2000

FILED SEP 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Matthew J. Goggin, No. 210705
Jeffer Ali, No. 247947
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300

Of counsel:

Allen M. Sokal
Charles E. Lipsey
David S. Forman
Gregory A. Chopskie
FINNEGAN, HENDERSON, FARABOW
GARRETT & DUNNER, L.L.P.
1300 I Street, NW, Suite 700
Washington, DC 20005-3315
(202) 408-4000

**ATTORNEYS FOR PLAINTIFFS MINNESOTA MINING AND MANUFACTURING COMPANY And RIKER LABORATORIES, INC.**

September 14, 2000

**IT IS SO ORDERED.**

BY THE COURT:

Dated: Sept 15, 2000.

Franklin L. Noel
Chief United States Magistrate Judge