**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY and RIKER LABORATORIES, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No.: 00-CV-2022 JRT/FLN |
| BARR LABORATORIES, INC., | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO REPLY TO COUNTERCLAIM

IT HEREBY STIPULATED by and between the parties, through their respective counsel, that the deadline for plaintiff Minnesota Mining and Manufacturing Company to reply, move or otherwise respond to defendant's counterclaim shall be extended to October 30, 2000.

**Attorneys for Plaintiff Minnesota Mining and Manufacturing Co.:**

[signature]

Matthew J. Goggin, No. 210,705
Jeffer Ali, No. 247,947
Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300

OCT 2 3 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Of Counsel:

Allen M. Sokal
Charles E. Lipsey
David S. Forman
Gregory A. Chopskie
FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, L.L.P.
1300 I Street, NW, Suite 700
Washington, DC 20005-3315
(202) 408-4000

**Attorneys for Defendant Barr Laboratories, Inc.:**

Douglas B. Greensweig, No. 150186
LEONARD, STREET & DEINARD
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
(612) 335-1500

Of Counsel:

James F. Hurst
Christine J. Siwik
Christopher Shearer
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

Dated this ____ day of October, 2000.

**IT IS SO ORDERED.**

By the Court.

Dated this 23rd day of October, 2000.

By: ______________________________
Franklin L. Noel
Chief U.S. Magistrate Judge

K:\CLIENTS\01\01456\269USZA\pleadings\stipulation.doc