**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY and RIKER LABORATORIES, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No.: 00-CV-2022 JRT/FLN |
| BARR LABORATORIES, INC., | ) | |
| Defendant. | ) | |

## STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO REPLY TO MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.1, the parties to this case, Plaintiffs Minnesota Mining and Manufacturing Company and Riker Laboratories, Inc. and Defendant Barr Laboratories, Inc. have agreed without leave of court to extend the time for Plaintiffs to respond to Defendant's Motion for Summary Judgment to December 21, 2000.

Respectfully submitted,

**Attorneys for Plaintiffs Minnesota and Mining and Manufacturing Company and Riker Laboratories, Inc.**

Matthew Goggin

Matthew J. Goggin, No. 210,705
Jeffer Ali, No. 247,947
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300

DEC 14 2000
DOSAL, CL
[illegible]TD

Allen M. Sokal
Charles E. Lipsey
FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, L.L.P.
1300 I Street, NW, Suite 700
Washington, DC 20005-3315
(202) 408-4000

**Attorneys for Defendant Barr Laboratories, Inc.**

Douglas B. Greenswag, No. 150186
LEONARD, STREET & DEINARD
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
(612) 335-1500

James F. Hurst
Christine J. Siwik
Christopher Shearer
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

Dated this 11th day of December, 2000.

SO ORDERED