**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY and RIKER LABORATORIES, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No.: 00-CV-2022 JRT/FLN |
| BARR LABORATORIES, INC., | ) | |
| Defendant. | ) | |

## SECOND STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.1, the parties to this case, plaintiffs Minnesota Mining and Manufacturing Company and Riker Laboratories, Inc. and defendant Barr Laboratories, Inc., have agreed without leave of court to extend the time for plaintiffs to respond to defendant's motion for summary judgment to December 28, 2000.

The reason for this second extension is that defendant Barr Laboratories, Inc., on December 13, 2000, served by Federal Express on plaintiffs' counsel, an amended declaration in support of Barr's motion for summary judgment, setting forth new facts and enclosing additional exhibits that were not included with the original summary judgment motion papers. Plaintiffs and defendant agreed that in these circumstances, a further extension of plaintiffs' time to respond to the summary judgment motion was both reasonable and necessary.

DEC 21 2000
CLERK

Respectfully submitted,

**Attorneys for Plaintiffs Minnesota and Mining and Manufacturing Company and Riker Laboratories, Inc.**

Matthew J. Goggin, No. 210,705
Jeffer Ali, No. 247,947
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300

Allen M. Sokal
Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
1300 I Street, NW, Suite 700
Washington, DC 20005-3315
(202) 408-4000

**Attorneys for Defendant Barr Laboratories, Inc.**

Douglas B. Greenswag, No. 150186
LEONARD, STREET & DEINARD
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
(612) 335-1500

James F. Hurst
Christine J. Siwik
Christopher Shearer
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

Dated this 20th day of December, 2000.

So ORDERED.