UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Minnesota, Mining and
Manufacturing Company, et. al.
Plaintiffs,

v. Civil No. 99-13 (MJD/JGL)

Alphapharm Pty., Ltd.,

Defendant.

Minnesota, Mining and
Manufacturing Company, et. al.
Plaintiffs,

v. Civil No. 00-2022 (JRT/FLN)

Barr Laboratories,

Defendant.

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number 99-13 having been assigned to Judge Michael J. Davis and case number 00-2022 having later been assigned to Judge John R. Tunheim and said matters being related cases,

IT IS HEREBY ORDERED that case number 00-2022 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the patent list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: February 2, 2001

JUDGE MICHAEL J. DAVIS
United States District Court

Dated: February 2, 2001

JUDGE JOHN R. TUNHEIM
United States District Court

FILED FEB 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3M, et al

vs. 00-2022MJD/JGL

Barr Laboratories

The above-entitled has been re-assigned to Judge Michael J. Davis and Magistrate Judge Jonathan G. Lebedoff as a related case to 99-cv-13 already assigned to Judge Davis. Please refer to the above-file number when submitting future filings to the court. Please note that only the Judge and Magistrate Judge have changed - the file number remains the same.