**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY and RIKER LABORATORIES, INC., Plaintiffs, v. ALPHAPHARM PTY. LTD., Defendant. | Civil Action No. 00-2022 MJD/JGL |
| ALPHAPHARM PTY. LTD., Plaintiff-Intervenor, v. BARR LABORATORIES INC., Defendant. | **STIPULATION AND ORDER ALLOWING INTERVENTION** |

The undersigned parties, by their respective counsel, hereby agree and stipulate as follows:

1. Alphapharm Pty. Ltd. ("Alphapharm") has filed a motion with this Court to intervene in this matter.

2. Minnesota Mining and Manufacturing Company and Riker Laboratories, Inc. (collectively "3M") and Barr Laboratories, Inc. ("Barr") do not oppose Alphapharm's motion to intervene on the terms and conditions contained in this Stipulation

3. Alphapharm will be allowed to intervene in this matter and shall serve and file its

Doc# 1374595\1

FILED MAR 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Complaint in Intervention no later than March 9, 2001.

4. Alphapharm will not seek to postpone the March 16, 2001, hearing on 3M's motion to dismiss and Barr's motion for summary judgment.

5. No later than March 9, 2001, Alphapharm will serve and file any memoranda, affidavits, or other documents concerning 3M's motion to dismiss and/or Barr's motion for summary judgment.

6. Alphapharm will not seek access to information that Barr has designated as "confidential" pursuant to the terms of the Protective Order in this case.

7. Alphapharm has represented that it has prior knowledge concerning the identity of Barr's source for flecainide acetate drug substance and the process used by that source to make flecainide acetate drug substance and that it may use that information in this lawsuit. Alphapharm, however, agrees not to publicly disclose Barr's confidential information regarding the supplier of Barr's flecainide acetate drug substance or the process by which Barr's product is made.

**SO STIPULATED:**

Dated: 3-8, 2001.

ALPHAPHARM PTY. LTD.

By: [signature]
Bruce H. Little, #17421x
Garrett M. Weber, #271317
LINDQUIST & VENNUM, P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

Doc# 1374595\1

Edgar H. Haug
James Stronski
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

ATTORNEYS FOR
ALPHAPHARM PTY. LTD.

MINNESOTA MINING AND
MANUFACTURING COMPANY
And RIKER LABORATORIES, INC.

Dated: 3 · 9, 2001

By:____________________
Matthew J. Goggin, #210,705
Jeffer Ali, #247,947
MERCHANT, GOULD, SMITH, EDELL,
WELTER & SCHMIDT, P.A.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300

Allen M. Sokal
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
1300 I Street N.W., suite 700
Washington, D.C. 20005-3315
Telephone: (202) 408-4000

ATTORNEYS FOR MINNESOTA
MINING AND MANUFACTURING
COMPANY AND RIKER
LABORATORIES, INC.

Doc# 1374595\1

Dated: 3/8, 2001

BARR LABORATORIES, INC.

By: ______________________
Douglas B. Greenswag, #150186
LEONARD, STREET, AND DEINARD
150 South Fifth Street, suite 2350
Minneapolis, MN 55402
(612) 335-1500

James F. Hurst
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601

Samuel L. Fox
STERNE, KESSLER, GOLDSTEIN
& FOX P.L.L.C.,
1100 New York Avenue
Washington, D.C., 20005
(212) 371-2600

ATTORNEYS FOR BARR
LABORATORIES, INC.

**IT IS SO ORDERED**:

Dated: March 9, 2001

______________________
THE HONORABLE JONATHAN G. LEBEDOFF
UNITED STATES MAGISTRATE JUDGE

Doc# 1374595\1