UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Minnesota Mining and
Manufacturing Company, and
Riker Laboratories, Inc.,

Plaintiffs,

v.

ORDER
Civil No. 00-2022(MJD/JGL)

Barr Laboratories, Inc.,

Defendant,

And

Alphapharm Pty Ltd,

Plaintiff-Intervenor,

v.

Barr Laboratories, Inc.,

Defendant.

---

Minnesota Mining and
Manufacturing Company, and
Riker Laboratories, Inc.,

Plaintiffs,

v.

ORDER
Civil No. 99-0013(MJD/JGL)

Alphapharm Pty Ltd.,

Defendant.

---

Matthew J. Goggin and Jeffer Ali, Merchant & Gould, Allen M. Sokal, Charles E. Lipsey and David S. Forman, Finnegan, Henderson, Farabow, Barrett & Dunner, L.L.P. for and on behalf of Plaintiff.

James F. Hurst, Christine J. Siwik and Christopher Shearer, Winston & Strawn and Samuel L. Fox and Donald R. McPhail, Sterne, Kessler, Golstein & Fox,

MAR 16 2001
FILED
FRANCIS E DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

P.L.L.C. and Douglas B. Greenswag, Leonard, Street and Deinard, for and on behalf of Defendant.

Bruce H. Little and Garrett M. Weber, Lindquist & Vennum, P.L.L.P. and Edgar H. Haug, James K. Stronski and John G. Taylor, Fromer Lawrence & Haug LLP for and on behalf of Plaintiff-Intervenor.

---

Currently before the Court is Defendant's Motion for Summary Judgment and Plaintiff and Intervenor's Motion to Dismiss in Civil No. 00-2022 (MJD/JGL).

During oral argument, counsel for Intervenor disclosed that Merck & Co. Inc. is the parent corporation to Alphapharm Pty Ltd. Prior to this disclosure, the undersigned was not put on notice, through pleadings or otherwise, that Merck & Co., Inc. is the parent corporation of Alphapharm. Because the undersigned owns stock in Merck & Co., Inc., disqualification from the above-captioned cases, pursuant to 28 U.S.C. § 455 and Canon 3C(1)(c) of the Codes of Conduct for United States Judges is mandated.

Accordingly, IT IS ORDERED pursuant to this Court's Assignment of Cases Order May 28, 1998, the above-captioned cases shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse two cards on the patent list of the automated case assignment system.

IT IS FURTHER ORDERED that a copy of this Order be filed in the above-captioned cases.

Date: March 16, 2001

Michael J. Davis
United States District Court

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Disqualification, these cases are reassigned to Judge David S. Doty and Magistrate Judge John M. Mason.

NEW CASE NUMBERS: 99-13 DSD/JMM and 00-2022 DSD/JMM

Use this case number for all further filings.