UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Minnesota Mining and Manufacturing Company, et al.,

Civil No. 99-13(DSD)

v.

Alphapharm Pty. Ltd.,

---

Minnesota Mining and Manufacturing Company, et al.,

Civil No. 00-2022 DSD/JMM

v.

Barr Laboratories, Inc.,

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-captioned related cases have been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing these matters.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 28, 1998, the above-captioned related actions shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Patent List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned cases.

Dated: March 19, 2001

David S. Doty, Judge
U.S. District Court

FILED MAR 19 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Recusal, these cases are reassigned to Judge Paul A. Magnuson and Magistrate Judge Jonathan G. Lebedoff.

NEW CASE NUMBERS 99-13 PAM/JGL and 00-2022 PAM/JGL

Use these case numbers for all further filings.