UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Minnesota Mining and
Manufacturing Company, and
Riker Laboratories, Inc.,

Plaintiffs,

v.

ORDER
Civil No. 00-2022(MJD/JGL)

Barr Laboratories, Inc.,

Defendant,

And

Alphapharm Pty Ltd,

Plaintiff-Intervenor,

v.

Barr Laboratories, Inc.,

Defendant.

---

Minnesota Mining and
Manufacturing Company, and
Riker Laboratories, Inc.,

Plaintiffs,

v.

ORDER
Civil No. 99-0013(MJD/JGL)

Alphapharm Pty Ltd.,

Defendant.

---

Matthew J. Goggin and Jeffer Ali, Merchant & Gould, Allen M. Sokal, Charles E. Lipsey and David S. Forman, Finnegan, Henderson, Farabow, Barrett & Dunner, L.L.P. for and on behalf of Plaintiff.

James F. Hurst, Christine J. Siwik and Christopher Shearer, Winston & Strawn and Samuel L. Fox and Donald R. McPhail, Sterne, Kessler, Golstein & Fox,

FILED MAR 2 0 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

P.L.L.C. and Douglas B. Greenswag, Leonard, Street and Deinard, for and on behalf of Defendant.

Bruce H. Little and Garrett M. Weber, Lindquist & Vennum, P.L.L.P. and Edgar H. Haug, James K. Stronski and John G. Taylor, Fromer Lawrence & Haug LLP for and on behalf of Plaintiff-Intervenor.

---

On March 16, 2001 this Court issued an order disqualifying itself from hearing the above-captioned cases on the belief that intervener and defendant Alphapharm was a subsidiary of Merck & Co., a company in which the undersigned owns stock. On March 19, 2001 the Court received a letter from counsel for Alphapharm stating that Alphapharm is a wholly owned subsidiary of Merck KGaA, a company with no connection whatsoever to Merck & Co.. In light of this information, Alphapharm's counsel requested that this Court reconsider the disqualification order. Therefore,

IT IS ORDERED that the Court's order of March 16, 2001 is withdrawn. Pursuant to this Court's Assignment of Cases Order May 28, 1998, the above-captioned cases shall be resubmitted to the Clerk of Court for reassignment to this Court, and the Clerk is further directed to void two cards on the patent list of the automated case assignment system.

IT IS FURTHER ORDERED that a copy of this Order be filed in the above-captioned cases.

Date: March 20, 2001

Michael J. Davis
Michael J. Davis
United States District Court

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Judge Michael J. Davis, these cases are reassigned to Judge Michael J. Davis, Magistrate Judge Jonathan G. Lebedoff remains the magistrate on these cases.

NEW CASE NUMBER 99-13 MJD/JGL and 00-2022 MJD/JGL

Use this case number for all further filings.