**ORIGINAL**

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY and RIKER LABORATORIES, INC., Plaintiffs, | ) | |
| v. | ) | Civil Action No.: 00-2022 (MJD/JGL) |
| BARR LABORATORIES, INC., Defendant. | ) | |

**ORDER**

The Court has considered plaintiff 3M's consent motion for a stay of discovery. The motion is granted, and it is therefore ordered that:

1. Discovery, including expert discovery, is stayed pending a decision by the Court on plaintiff's motion to dismiss and defendant's motion for summary judgment.

2. If all issues in the case are not resolved by the Court's decision on these motions, the parties shall promptly propose a schedule for completion of discovery on any issues that remain in the case.

Dated: April 3, 2001

Magistrate Judge Jonathan Lebedoff
U.S. Magistrate Judge

APR - 3 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK