# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Minnesota Mining and Manufacturing
Company and Riker Laboratories, Inc.

Case No. Civil 00-2022MJD/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Barr Laboratories

and

Alphapharm Pty. Ltd.

plaintiff-intervenor

v.

Barr Laboratories, Inc.

defendant

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Barr's motion for summary judgment is GRANTED; Alphapharm's motion for a continuance pursuant to Rule 56(f) is DENIED; 3M and Alphapharm's motion to dismiss 3M's complaint pursuant to Rule 41(a)(2) is DENIED; 3M's motion to dismiss Barr's counterclaims is GRANTED.

DATE: April 18, 2001

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk